UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

BRANDON PAYTON

CRIMINAL ACTION

NO. 10-35JJB

## RULING AND ORDER

This matter is before the court on a motion (doc. 123) by defendant to vacate, set aside, or correct sentence made under 28 U.S.C. §2255. The government has filed a response. There is no need for oral argument or evidentiary hearing.

The defendant was originally sentenced by Judge Tyson on February 10, 2011, to a term of 71 months imprisonment after being convicted on one count of conspiracy to distribute 5 grams or more of crack cocaine and one count of distribution of 5 grams or more of crack cocaine. Defendant argues that **Dorsey v. United States**[1] retroactively does away with the mandatory minimum that applied at the time of his sentencing.

The court agrees that based on **Dorsey** a mandatory minimum sentence is no longer applicable. However, the record shows that Judge Tyson found that a "sentence at the upper end of the guidelines [was] warranted to provide adequate punishment for the offense, and to protect the public... and to inspire in [the defendant] a desire to change [his] way of living." Sentencing Transcript, p. 6. Consequently, the statutory minimum then applicable had no effect on the sentence imposed by Judge Tyson. The court finds no good reason to re-sentence defendant under the circumstances of this case.

---

[1] 132 S.Ct. 2321 (2012).

1

Accordingly, the motion (doc. 123) to vacate, set aside or correct sentence is hereby DENIED.

Baton Rouge, Louisiana, July 22nd, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA