UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LAWRENCE J. CRANDLE, JR.

CRIMINAL ACTION

NO. 10-35-JJB

**RULING AND ORDER**

The court has carefully considered the motion to vacate under §2255, as supplemented by defendant (docs. 103, 108 and 121), the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 28, 2013 (doc. no. 136), to which no objection has been filed.

The court finds that the factual and legal conclusions of the magistrate judge are clearly correct. The report and recommendation is hereby APPROVED and ADOPTED as the court's reasons herein.

Accordingly; IT IS ORDERED that defendant's motion to vacate (doc. docs. 103, 108 and 121) under §2255 be DENIED.

Baton Rouge, Louisiana, September 27, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA